**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
                Plaintiff,

vs.                                                    Case No. 03MC70627
                                                       Hon.  Gerald E. Rosen
NATASHA CARVER-BRADLEY,                                 Mag Judge Mark A. Randon
                Defendant,

and

MELTING POT RESTAURANT NOVI FONDUE, LLC,

                Garnishee.
_____/

**GARNISHEE ORDER TO PAY**

        This matter having come before the Court upon a Writ of Garnishment, the answer

thereto and the Defendant's objections, and the Court having heard argument and

reviewed the record, and the Defendant having waived presentment of this order, now,

therefore;

        **IT IS HEREBY ORDERED** that, effective as of the date of the receipt of this Order

the Writ of Garnishment is reduced and  the Melting Pot Restaurant Novi Fondue, LLC

("Melting Pot") shall withhold and remit $112.50 from Natasha Carver-Bradley's bi-weekly

wages to the Clerk of the Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette, 5th

Floor, Detroit, MI 48226;

        **IT IS FURTHER ORDERED** that any funds previously withheld by the Melting Pot

pursuant to the Writ of Garnishment and not yet remitted to the Clerk of the Court  shall be

remitted immediately upon receipt of the Order;

-1-

-2-

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse said funds in accordance with the provisions in case number 95CR80320 01;

**IT IS FURTHER ORDERED** that this garnishment shall remain in effect until such time as the debt in case number 95CR80320 01 is paid in full, the Garnishee Defendant does not have custody or control of any assets belonging to or due to Natasha Carver-Bradley, or upon further order of the Court; and

**IT IS FURTHER ORDERED** the Court shall set a hearing date on or about 3 months from the date of this Order, and that the Defendant shall produce pay stubs evidencing her income and that of her spouse to the Court and the U.S. Attorney's office to the attention of T.N. Ziedas or Karen Ducharme on or before the date of the hearing; the date of the pay stubs approximating the date of the hearing.

        s/Mark A. Randon
        MARK A. RANDON
        UNITED STATES MAGISTRATE JUDGE

Dated: May 24, 2012

*CERTIFICATE OF SERVICE*

*I hereby certify that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 24, 2012.*

        *s/Melody R. Miles*
        *Case Manager to Magistrate Judge Mark A. Randon*
        *(313) 234-5542*